UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GIANNI SHARPA THOMAS,<br><br>　　　　　　Defendant. | CASE NO. 22-491<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with unlawful possession of a firearm. He has a significant criminal history with convictions indicating a propensity for violence. He has pending charges in a municipal court for violation of a no contact order and obstructing an officer. Defendant was released from state prison this year and the alleged offense occurred while Defendant was on active State DOC supervision. The government proffered that Defendant has had police contact this year indicating possession of a firearm on more than one occasion. The government also proffered that Defendant has attempted to flee when contacted by law enforcement in past

DETENTION ORDER - 1

criminal cases. The pretrial office investigation indicates Defendant has significant mental health and substance issues.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 1st day of November, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2